No. 04-02-00847-CV



IN RE John Donald MASSOUD and Carolyn Massoud,



Original Mandamus Proceeding




From the 229th Judicial District Court, Starr County, Texas


Trial Court No. DC-99-46


Honorable Alex W. Gabert, Judge Presiding



PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: November 27, 2002


PETITION FOR WRIT OF MANDAMUS DENIED

 On November 19, 2002, relators filed a petition for writ of mandamus. This court has
determined that the relators are not entitled to the relief sought. Therefore, the petition is DENIED.
Tex. R. App. P. 52.8(a).

 PER CURIAM

Do not publish